1   STEVEN G. KALAR
    Federal Public Defender
2   BRANDON M. LeBLANC
    Assistant Federal Public Defender
3   19th Floor - Federal Building
    450 Golden Gate Avenue
4   San Francisco, CA 94102
    Telephone:  (415) 436-7700
5   Email: Brandon_LeBlanc@fd.org

6   Counsel for Defendant Mark Christopher Ramsey

7

8               IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   CASE NO. CR 13-00286 SI
                                       )
12              Plaintiff,             )
                                       )   **STIPULATION CORRECTING ADDRESS**
13          v.                         )   **OF PROPERTY POSTED AS BOND**
                                       )
14  MARK CHRISTOPHER RAMSEY,           )
                                       )
15              Defendant.             )
    _____   )

16

17      The parties agree that the address for one of the four parcels of land that was used to

18  secure Mr. Ramsey's release is incorrect: 2170 Point Land Arms Drive, Nice, California.  The

19  correct address is 2370 Point Land Farms Drive, Nice, California. This information is consistent

20  with the bond paperwork filed with the Court and was verified by Sandra Thompson, Supervisor

21  of the Lake County Assessor-Recorder's Office.

22      IT IS SO STIPULATED.

23  Dated: July 17, 2013                            /s
                                        KATIE MADEARIS
24                                      Assistant United States Attorney

25  Dated: July 17, 2013                            /s
                                        BRANDON M. LeBLANC
26  dated: 7/17/13                       Assistant Federal Public Defender

IT IS SO ORDERED
Judge Joseph C. Spero

Stip. Correcting Property Address;
*U.S. v. Ramsey,* CR 13-00286 SI                    1